IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHERRIE H., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br>　　　　　Defendant. | JUDGMENT <br><br><br> Case No. 2:23-cv-00520-CMR <br><br><br> Magistrate Judge Cecilia M. Romero |

　　　IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is REVERSED and REMANDED.


　　　DATED this 31 January 2024.


　　　　　　　　　　　　　　　　　　　　　_Cecilia M. Romero_
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Cecilia M. Romero
　　　　　　　　　　　　　　　　　　　　　United States District Court for the District of Utah